**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | | |
|---|---|---|
| JUSTIN CHAN, on behalf of himself and others similarly situated, | : : | CASE NO. 2:25-cv-01445-SRC-LDW |
| | : | Hon. Stanley R. Chesler |
| Plaintiff, | : : | Hon. Leda D. Wettre |
| v. | : : | |
| LG ELECTRONICS USA INC., a New Jersey corporation, | : : : | |
| Defendant. | : / | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Justin Chan, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all his claims against Defendant without prejudice, with each party to bear its own costs.

1

Dated: September 23, 2025

Respectfully submitted,

**SMITH KRIVOSHEY, PC**

*s/ Joel D. Smith*
Joel D. Smith (N.J. ID No. 244902)
Aleksandr "Sasha" Litvinov (SBN 95598)
(pro hac vice forthcoming)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Tel.: 617-377-7404
joel@skclassactions.com
sasha@skclassactions.com

Yeremey O. Krivoshey (SBN 295032) (pro hac vice forthcoming)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
E-Mail: yeremey@skclassactions.com

*Attorneys for Plaintiff and the Proposed Class*

SO ORDERED.

s/ Susan D. Wigenton
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
Dated: September 25, 2025

2